■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TANISHA M. DAVIS, Appellant. [65 NYS3d 839]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered September 18, 2013. The judgment convicted defendant, upon a jury verdict, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her, upon a jury verdict, of manslaughter in the first degree (Penal Law § 125.20 [1]). Contrary to defendant's contention, the verdict is not against the weight of the evidence when viewed in light of the elements of the crime as charged to the jury (*see generally People v Danielson*, 9 NY3d 342, 349 [2007];

*People v Bleakley*, 69 NY2d 490, 495 [1987]). Contrary to defendant's further contention, we conclude that she received meaningful representation (*see generally People v Benevento*, 91 NY2d 708, 711-714 [1998]; *People v Baldi*, 54 NY2d 137, 147 [1981]). We conclude that the sentence is not unduly harsh or severe. Defendant failed to preserve her remaining contentions for our review (*see generally* CPL 470.05 [2]), and we decline to exercise our power to review them as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.